UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMILAH MONIQUE MCCRAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00111-SEB-MKK ) |
| EQUIFAX CREDIT INFORMATION SERVICES, | ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint without Prejudice [Dkt. 17]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is therefore hereby dismissed without prejudice and final judgment shall be entered accordingly.

Date: 4/22/2025

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JAMILAH MONIQUE MCCRAY
1602 East Minnesota Street
Apt. C
Indianapolis, IN 46203

Adam T. Hill
SEYFARTH SHAW LLP (Chicago)
ahill@seyfarth.com